**Order entered April 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00125-CV

**JEFFREY LEIBOVITZ AND SEQUOIA FRANKFORD SPRINGS 23, L.P., Appellants**

**V.**

**SEQUOIA REAL ESTATE HOLDINGS, L.P., Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14357**

## ORDER

Before the Court is appellants' April 21, 2014 emergency motion to supplement and correct the clerk's record. Appellants request the trial court clerk be directed to file a supplemental record containing:

> •plaintiff's September 19, 2013 motion for entry of judgment and permanent injunction;
>
> •defendant's September 19, 2013 motion to enter judgment; and
>
> •defendant's October 25, 2013 letter to the court.

Appellants also request the clerk be directed to file a "properly paginat[ed]" clerk's record.

We have reviewed the clerk's record and have found the pagination to be proper. However, the clerk's record does not contain the above-listed documents, and volumes 5, 6, and

7 contain illegible pages.  Accordingly, we **GRANT** appellants' motion to the extent we **ORDER** Dallas County District Clerk Gary Fitzsimmons to file, no later than May 2, 2014, a supplemental clerk's record containing the omitted items.  We further **ORDER** Mr. Fitzsimmons to file corrected copies of volumes 5, 6, and 7 no later than May 2, 2014.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Fitzsimmons and the parties.

/s/      ELIZABETH LANG-MIERS
            JUSTICE